IN THE United States District Court
For The Northren District of Illinois

I Dontaneous Salley hereby declares:

I've been transferred from Illinois River cc.
To Pickneyville Corr cTR 5835 State Route
154 Pickneyville IL, 62274-3410 I am making
All Parties Aware in the following

1) Salley v Haponiaek et al

2) Salley v. Parker et al

To make the Courts Aware when I was transferred
None of my legal documents were shipped with Me
I have None of my legal documents so it's extremly
difficult to Prepare for My case's without my
legal documents Everything from Evidence to Copies
of my complaint the staff/defendants at IRCC
made it so I was Not Able to shipp Any of my
legal documents.

Respectfully Submitted

Dontaneous Salley
#R-69912
Pickneyville corr ctr
583 State Route 154
Pickneyville IL 62274-3410